UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAHANT PRESERVATION TRUST, INC., and its Directors, Officers, Trustees, Committee Members and/or Volunteers: CHRISTIAN BAUTA, TESS BAUTA, ELIZABETH K. BERMAN, ANNE BROMER, CANDACE CAHILL, MICHELLE CAPANO, ALICE CORT, MARK CULLINAN, CARL JENKINS, MARILYN MAHONEY, WILLIAM MAHONEY, DAN MCMACKIN, DIANE MONTEITH, ANDREA MURPHY, JEFFREY MUSMAN, PATRICK O'REILLY, MARIE ELIZABETH PASINSKI, M.D., ROGER PASINSKI, M.D., VI PATEK, LINDA PIVACEK, EMILY POTTS, LAURA POULIN, PETER ROGAL, PEGGY SILVA, SUSAN SOLOMON, PH.D, PAUL SPIRN, DONNA STEINBERG, and JIM WALSH, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP, <br><br> Defendants. | CIVIL ACTION NO.  1:22-cv-10486 |

## NOTICE OF APPEARANCE

Please enter the appearance of Lincoln A. Rose as counsel for the Defendants, Mount Vernon Fire Insurance Company and United States Liability Insurance Group in the above-referenced matter.

1

          Respectfully submitted,

          MOUNT VERNON FIRE INSURANCE
          COMPANY and UNITED STATES
          LIABILITY INSURANCE GROUP

          By their attorneys,

          */s/ Lincoln A. Rose*
          Lincoln A. Rose, BBO#691797
          Peabody & Arnold LLP
          Federal Reserve Plaza
          600 Atlantic Avenue
          Boston, MA 02210
          (617) 951-2011
          srajbanshi@peabodyarnold.com
          lrose@peabodyarnold.com

Dated: April 4, 2022

## **CERTIFICATE OF SERVICE**

     I, Lincoln A. Rose, hereby certify that I have, on April 1, 2022 served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first-class mail.

          */s/ Lincoln A. Rose*
          Lincoln A. Rose

2316548