# EXHIBIT B

# 2284CV00382 Nahant Preservation Trust Inc vs. Mount Vernon FIre Insurance Company

- Case Type:
- Business Litigation
- Case Status:
- Open
- File Date
- 02/18/2022
- DCM Track:
- B - Special Track (BLS)
- Initiating Action:
- Other Complex Commercial Actions
- Status Date:
- 02/18/2022
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Docket | Disposition |

## Party Information

**Nahant Preservation Trust Inc**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**Bauta, Christian**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**Bauta, Tess**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459 |

- Phone Number
- (617)233-9147

[More Party Information]

### Berman, Elizabeth K
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Bromer, Anne
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Cahill, Candace
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Capano, Michelle
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Cort, Alice
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695

- Address
- Law Office of John D. Frumer
- 199 Wells Ave
- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

**More Party Information**

**Cullinan, Mark**
- Plaintiff

| Alias | **Party Attorney**<br>- Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>- 199 Wells Ave<br>- Suite 301<br>- Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |
|---|---|

**More Party Information**

**Jenkins, Carl**
- Plaintiff

| Alias | **Party Attorney**<br>- Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>- 199 Wells Ave<br>- Suite 301<br>- Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |
|---|---|

**More Party Information**

**Mahoney, Marilyn**
- Plaintiff

| Alias | **Party Attorney**<br>- Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>- 199 Wells Ave<br>- Suite 301<br>- Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |
|---|---|

**More Party Information**

**Mahoney, William**
- Plaintiff

| Alias | **Party Attorney**<br>- Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>- 199 Wells Ave<br>- Suite 301<br>- Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |
|---|---|

**More Party Information**

**McMackin, Dan**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**Monteith, Diane**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**Murphy, Andrea**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**Musman, Jeffrey**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

**More Party Information**

**O'Reily, Patrick**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

More Party Information

### Pasinski, M.D., Marie Elizabeth
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

More Party Information

### Roger, M.D., Pasinski
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

More Party Information

### Patek, Vi
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

More Party Information

### Pivacek, Linda
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

More Party Information

### Potts, Emily
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave

- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Poulin, Laura
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
- 199 Wells Ave
- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Rogal, Peter
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
- 199 Wells Ave
- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Silva, Peggy
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
- 199 Wells Ave
- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Solomon, Ph.D., Susan
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D
- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
- 199 Wells Ave
- Suite 301
- Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

### Spirn, Paul
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Frumer, Esq., John D

- Bar Code
- 546695
- Address
- Law Office of John D. Frumer
  199 Wells Ave
  Suite 301
  Newton, MA  02459
- Phone Number
- (617)233-9147

[More Party Information]

**Steinberg, Donna**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

[More Party Information]

**Walsh, Jim**
- Plaintiff

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Frumer, Esq., John D<br>- Bar Code<br>- 546695<br>- Address<br>- Law Office of John D. Frumer<br>  199 Wells Ave<br>  Suite 301<br>  Newton, MA  02459<br>- Phone Number<br>- (617)233-9147 |

[More Party Information]

**Mount Vernon FIre Insurance Company**
- Defendant

| Alias | Party Attorney |
|---|---|

[More Party Information]

**United States Liability Insurance Group**
- Defendant

| Alias | Party Attorney |
|---|---|

[More Party Information]

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Nahant Preservation Trust Inc | | |
| 02/18/2022 | Original civil complaint filed. | 1 | Image |
| 02/18/2022 | Civil Action Cover Sheet filed. | 2 | Image |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Christian Bauta | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Tess Bauta | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Elizabeth K Berman | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Anne Bromer | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Candace Cahill | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Michelle Capano | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Alice Cort | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Mark Cullinan | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Carl Jenkins | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Marilyn Mahoney | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff William Mahoney | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Dan McMackin | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Diane Monteith | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Andrea Murphy | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Jeffrey Musman | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Patrick O'Reily | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Marie Elizabeth Pasinski, M.D. | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Pasinski Roger, M.D. | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Vi Patek | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Linda Pivacek | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Emily Potts | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Laura Poulin | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Peter Rogal | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Peggy Silva | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Susan Solomon, Ph.D. | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Paul Spirn | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Donna Steinberg | | |
| 02/18/2022 | Attorney appearance<br>On this date John D Frumer, Esq. added for Plaintiff Jim Walsh | | |
| 02/18/2022 | Docket Note: 2/18/22 Two summonses by mail | | |
| 03/01/2022 | General correspondence regarding NOTICE OF ACCEPTANCE INTO BUSINESS LITIGATION SESSION "BLS2"<br>This matter has been accepted into the Suffolk Business Litigation Session. It has been assigned to BLS2.  Dated: February 23, 2022  Notice sent 2/28/22 (See P#3 for complete notice)<br><br>Judge: Salinger, Hon. Kenneth W | 3 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |