UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NAHANT PRESERVATION TRUST, INC., and its Directors, Officers, Trustees, Committee Members and/or Volunteers: CHRISTIAN BAUTA, TESS BAUTA, ELIZABETH K. BERMAN, ANNE BROMER, CANDACE CAHILL, MICHELLE CAPANO, ALICE CORT, MARK CULLINAN, CARL JENKINS, MARILYN MAHONEY, WILLIAM MAHONEY, DAN MCMACKIN, DIANE MONTEITH, ANDREA MURPHY, JEFFREY MUSMAN, PATRICK O'REILLY, MARIE ELIZABETH PASINSKI, M.D., ROGER PASINSKI, M.D., VI PATEK, LINDA PIVACEK, EMILY POTTS, LAURA POULIN, PETER ROGAL, PEGGY SILVA, SUSAN SOLOMON, PH.D, PAUL SPIRN, DONNA STEINBERG, and JIM WALSH,

    Plaintiffs,

v.

MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP,

    Defendants.

CIVIL ACTION NO.   1:22-cv-10486-LTS

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The Plaintiffs Nahant Preservation Trust, Inc., and its Directors, Officers, Trustees, Committee Members and/or Volunteers (collectively, "NPT") and the Defendants Mount Vernon Fire Insurance Company and United States Liability Insurance Group (collectively, "USLI")

hereby stipulate and agree that USLI has until April 15, 2022 to file a responsive pleading to the Complaint.

Respectfully submitted,

| NAHANT PRESERVATION TRUST, INC. and THE INDIVIDUAL PLAINTIFFS | MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP |
|---|---|
| By their attorney | By their attorneys, |
| */s/ John D. Frumer* | */s/ Lincoln A. Rose* |
| John D. Frumer, BBO#546695 | Scarlett M. Rajbanshi, BBO#666103 |
| Law Office of John D. Frumer | Lincoln A. Rose, BBO#691797 |
| 199 Wells Avenue, Suite 301 | Peabody & Arnold LLP |
| Newton, MA 02459 | Federal Reserve Plaza |
| (617)-233-9147 | 600 Atlantic Avenue |
| jdfrumer@frumerlaw.com | Boston, MA 02210 |
| | (617) 951-2011 |
| | srajbanshi@peabodyarnold.com |
| | lrose@peabodyarnold.com |

Dated: April 8, 2022

## **CERTIFICATE OF SERVICE**

    I, Lincoln A. Rose, hereby certify that I have on April 8, 2022 served a copy of the foregoing documents via electronic and first-class mail upon the following:

John D. Frumer, Esq.
Law Office of John D. Frumer
199 Wells Avenue, Suite 301
Newton, MA 02459

                                                                        */s/ Lincoln A. Rose*
                                                                        Lincoln A. Rose