UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAHANT PRESERVATION TRUST, INC., and its Directors, Officers, Trustees, Committee Members and/or Volunteers: CHRISTIAN BAUTA, TESS BAUTA, ELIZABETH K. BERMAN, ANNE BROMER, CANDACE CAHILL, MICHELLE CAPANO, ALICE CORT, MARK CULLINAN, CARL JENKINS, MARILYN MAHONEY, WILLIAM MAHONEY, DAN MCMACKIN, DIANE MONTEITH, ANDREA MURPHY, JEFFREY MUSMAN, PATRICK O'REILLY, MARIE ELIZABETH PASINSKI, M.D., ROGER PASINSKI, M.D., VI PATEK, LINDA PIVACEK, EMILY POTTS, LAURA POULIN, PETER ROGAL, PEGGY SILVA, SUSAN SOLOMON, PH.D, PAUL SPIRN, DONNA STEINBERG, and JIM WALSH, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP, <br><br> Defendants. | CIVIL ACTION NO.   1:22-cv-10486-LTS |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiffs Nahant Preservation Trust, Inc., and its Directors, Officers, Trustees, Committee Members and/or Volunteers (collectively, "NPT") and the Defendants Mount Vernon Fire Insurance Company and United States Liability Insurance Group (collectively, "USLI")

1

hereby stipulate and agree that NPT has until close of business, May 13, 2022 to file a response to USLI's Motion To Dismiss.

Respectfully submitted,

| | |
|---|---|
| NAHANT PRESERVATION TRUST, INC. and THE INDIVIDUAL PLAINTIFFS | MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP |
| By their attorney | By their attorneys, |
| /s/John D. Frumer | */s/Lincoln A. Rose (with permission)* |
| John D. Frumer, BBO#546695 | Scarlett M. Rajbanshi, BBO#666103 |
| Law Office of John D. Frumer | Lincoln A. Rose, BBO#691797 |
| 199 Wells Avenue, Suite 301 | Peabody & Arnold LLP |
| Newton, MA 02459 | Federal Reserve Plaza |
| (617)-233-9147 | 600 Atlantic Avenue |
| jdfrumer@frumerlaw.com | Boston, MA 02210 |
| | (617) 951-2011 |
| | srajbanshi@peabodyarnold.com |
| | lrose@peabodyarnold.com |

Dated: April 25, 2022

## **CERTIFICATE OF SERVICE**

I, John D. Frumer, hereby certify that I have on April 25, 2022 served a copy of the foregoing documents via electronic mail upon the following:

Scarlett M. Rajbanshi, Esq.
Lincoln A. Rose, Esq.
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

*/s/ John D. Frumer*
John D. Frumer
