**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Nahant Preservation Trust, Inc. et al</u>
    Plaintiff

V.

CIVIL ACTION

NO. <u>22-10486-LTS</u>

<u>Mount Vernon Fire Insurance Company et al</u>
    Defendant

## **<u>ORDER OF DISMISSAL</u>**

<u>Sorokin, D. J.</u>

    In accordance with the Court's Order dated <u>November 07, 2022</u> Granting the Defendant's Motion to Dismiss. The Complaint is hereby DISMISSED.

By the Court,

<u>November 07, 2022</u>
    Date

/s/Samantha Dore
Deputy Clerk