UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nahant Preservation Trust, Inc., and its )
Directors, Officers, Trustees Committee Members, et al )
)
)
v.                                   )     C.A. No. 1:22-cv-10486 (LTS)
)
Mount Vernon Fire Insurance Company and )
United States Liability Insurance Group )
)
)

### NOTICE OF APPEAL

Notice is hereby given that Nahant Preservation Trust, Inc., et al., the Plaintiffs in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Order on Defendants' Motion to Dismiss entered in this action on November 7, 2022.

Respectfully submitted,

Date: December 2, 2022

_____
(signature)
Print name & address:
John D. Frumer, BBO #546695
Law Office of John D. Frumer
199 Wells Avenue, Suite 301
Newton, MA 02459
Tel: (617) 233-9147
jdfrumer@frumerlaw.com

### Certificate of Service

I, John D. Frumer, certify that I have caused a copy of this Notice of Appeal to be served by (e-)mailing a copy of the same to Scarlett M. Rajbanshi and Lincoln A. Rose JJF (recipient)), at Peabody & Arnold LLP, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210, srajbanshi@peabodyarnold.com and lrose@peabodyarnold.com (address) on December 2, 2022 (date).

Date: December 2, 2022

_____
(signature)
Print name: John D. Frumer