UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Nahant Preservation Trust, Inc.V et al v. Mount Vernon Fire Insurance Company et al

District Court Number: 22cv10486-LTS

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_         Sealed documents    Yes ____ No _X_
If yes, document # _____          If yes, document # _____

*Ex parte* documents  Yes ____ No _X_      Transcripts         Yes ____ No _X_
If yes, document # _____          If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_    Defendant/Respondent ____    Other: ____

Appeal from:

#21 Order, #22 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#21, #22, and #23

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __23__ filed on __December 2, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __December 12, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**